# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **BRENNA KANE**, et al., <br><br> *Plaintiffs*, <br> vs. <br><br> **THE DEPARTMENT OF HEALTH and HUMAN SERVICES FOR THE STATE OF MAINE**, et al., <br><br> *Defendants*. | Civil Action No. 2:19-CV-506-GZS |

## NOTICE OF WITHDRAWAL OF
## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Here come the Plaintiffs by and through the undersigned counsel and hereby withdraws their motion for a preliminary injunction (Docket Number 6).

Dated: December 4, 2019                                  Respectfully submitted,

/s/ Stacey D. Neumann
STACEY D. NEUMANN
Murray Plumb & Murray
75 Pearl Street, P.O. Box 9785
Portland, ME 04104-5085
207 523-8214
sneumann@mpmlaw.com

EDMOND A. TIRYAK
(*pro hac vice* pending)
335 East King Street, Ste. 413
Malvern, PA 19355
610-341-9797
etiryak@email.msn.com

WILLIAM F. SHEEHAN
(*pro hac vice* pending)
Post Office Box 362
Barnesville, MD 20838
301-922-8618
wsheehan123@gmail.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed this *Withdrawal of Motion* with the Clerk of Court using the CM/ECF System which will send notice of such filing to all parties of record. This document is available for viewing and downloading from the CM/ECF System.

Dated: December 4, 2019                    /s/ Stacey D. Neumann
                                                                   Stacey D. Neumann, Esq.
                                                                   sneumann@mpmlaw.com
                                                                   MURRAY PLUMB & MURRAY
                                                                   75 Pearl Street, P.O. Box 9785
                                                                   Portland, ME  04104-5085
                                                                   (207)773-5651
                                                                   (207) 773-8023 (Fax)