# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| **BRENNA KANE**, et al., | : | |
| | : | |
| *Plaintiffs*, | : | |
| vs. | : | Civil Action No. 2:19-CV-506-GZS |
| | : | |
| **THE DEPARTMENT OF HEALTH AND HUMAN SERVICES FOR THE STATE OF MAINE**, et al., | : : : | |
| | : | |
| *Defendants.* | : | |

## PLAINTIFFS' CONSENT TO
## DEFENDANTS' MOTION TO DISMISS JOHN DOE

Defendants have moved to dismiss the unidentified defendant "John Doe" from the case on the ground that the Americans with Disabilities Act does not afford a private cause of action against an individual. Defendants correctly read the Act and Plaintiffs accordingly consent to the dismissal of John Doe.

Dated: January 21, 2020

                                                                        Respectfully submitted,

                                                                        /s/ Stacey D. Neumann
                                                                        STACEY D. NEUMANN
                                                                        Murray Plumb & Murray
                                                                        75 Pearl Street,
                                                                        Portland, ME 04104-5085
                                                                        (207) 523-8214
                                                                        sneumann@mpmlaw.com

                                                                        EDMOND A. TIRYAK
                                                                        (*pro hac vice* pending)
                                                                        335 East King Street
                                                                        Suite 413
                                                                        Malvern, PA 19355
                                                                        610-341-9797
                                                                        etiryak@email.msn.com

WILLIAM F. SHEEHAN
(*pro hac vice* pending)
Post Office Box 362
Barnesville, MD 20838
301-922-8618
wsheehan123@gmail.com

Counsel for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| **BRENNA KANE**, et al., | : | |
| | : | |
| *Plaintiffs*, | : | |
| vs. | : | Civil Action No. 2:19-CV-506-GZS |
| | : | |
| **THE DEPARTMENT OF HEALTH** | : | |
| **AND HUMAN SERVICES FOR THE** | : | |
| **STATE OF MAINE**, et al., | : | |
| | : | |
| *Defendants*. | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the below date, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kelly L. Morrell
Kelly.l.morrell@maine.gov

Kevin Beal
Kevin.Beal@maine.gov

Dated: January 21, 2020

Respectfully submitted,

/s/ Stacey D. Neumann
STACEY D. NEUMANN
Murray Plumb & Murray
75 Pearl Street,
Portland, ME 04104-5085
(207) 523-8214
sneumann@mpmlaw.com