## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **BRENNA KANE**, et al., | : |
| *Plaintiffs*, | : |
| vs. | : Civil Action No. 2:19-CV-506-GZS |
| **THE DEPARTMENT OF HEALTH AND HUMAN SERVICES FOR THE STATE OF MAINE, et al.,** | : |
| *Defendants*. | : |

## RULE 41(a) NOTICE OF VOLUNTARY DISMISSAL.

TO THE CLERK:

Kindly dismiss this matter pursuant to Rule 41(a)(1)(A)(ii), as all parties to this case consent to a voluntary dismissal of this matter with prejudice.

 Respectfully submitted,

| | |
|---|---|
| /s/ *Stacey D. Neumann* | /s/ *Kelly L. Morrell* |
| STACEY D. NEUMANN | KELLY L. MORRELL |
| Murray Plumb & Murray | KEVIN BEAL |
| 75 Pearl Street, | Assistant Attorney General |
| Portland, ME 04104-5085 | Office of the Attorney General |
| (207) 523-8214 | 6 State House Station |
| | Augusta, ME 04333-0006 |

EDMOND A. TIRYAK
335 East King Street
Suite 413
Malvern, PA 19355
610-341-9797
etiryak@email.msn.com

Counsel for Plaintiffs
April 10, 2020

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **BRENNA KANE**, et al., | : |
| | : |
| *Plaintiffs*, | : |
| vs. | : Civil Action No. 2:19-CV-506-GZS |
| | : |
| **THE DEPARTMENT OF HEALTH AND HUMAN SERVICES FOR THE STATE OF MAINE**, et al., | : |
| | : |
| *Defendants*. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed this Rule 41(a) Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to the following:

Kelly L. Morrell, Esq.
kelly.l.morrell@maine.gov

Edmond A. Tiryak
etiryak@email.msn.com

William F. Sheehan, Esq.
wsheehan123@gmail.com

/s/ *Stacey D. Neumann*
Stacey D. Neumann, Esq.
Murray Plumb & Murray
75 Pearl Street
Portland, ME 04104-5085
(207) 523-8214

2